UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> SOBONITO INVESTMENTS, LTD., COOLVISION LTD., I.M.L. SLU, and DOES 1-20, <br><br> Defendants. | Case No.:  2:14-cv-01661-ES-JAD |

**PLAINTIFF WAG ACQUISITION, L.L.C.'s CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff WAG Acquisition, L.L.C. ("WAG") files this Corporate Disclosure Statement, stating that WAG has no parent corporation and that no publicly held corporation owns 10% or more of WAG's stock.

Dated:   March 17, 2014

                                                RONALD ABRAMSON
                                                DAVID G. LISTON
                                                LEWIS BAACH PLLC
                                                The Chrysler Building
                                                405 Lexington Avenue
                                                New York, NY 10174
                                                Tel: (212) 826-7001


                                              By: /s/Ronald Abramson
                                                          Ronald Abramson

                                              *Attorneys for Plaintiff*