Joseph D. Wilson, Esq.
**KELLEY DRYE & WARREN LLP**
3050 K Street, N.W.
Washington, D.C. 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
E-mail: JWilson@kelleydrye.com

*Attorneys for Defendant*
*Coolvision, Ltd.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> SOBONITO INVESTMENTS, LTD., COOLVISION, LTD., I.M.L. SLU, and DOES 1-20. <br><br> Defendants. | Civil Action No. 2:14-cv-01661-ES-JAD <br><br><br> **DISCLOSURE STATEMENT** |

The undersigned counsel for defendant Coolvision, Ltd. certifies that this party is a non-governmental corporate party and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.


[The remainder of this page is purposefully blank; the signature page follows.]

Respectfully submitted,

Dated: May 30, 2014

  /s/ Joseph D. Wilson
**KELLEY DRYE & WARREN LLP**
3050 K Street, N.W.
Washington, D.C. 20007
Telephone:  (202)342-8400
Facsimile:  (202)342-8451
E-mail: JWilson@kelleydrye.com

*Attorneys for Defendant*
*Coolvision, Ltd.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, a true copy of the foregoing Disclosure Statement, was served upon Plaintiff WAG Acquisition, LLC's counsel via ECF.

                                        /s/ *Joseph D. Wilson*
                                        Joseph D. Wilson

Dated:   May 30, 2014