## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WAG ACQUISITION, L.L.C.,** | |
| Plaintiff, | |
| v. | Case No.:  2:14-cv-1661-ES-JAD |
| **SOBONITO INVESTMENTS, LTD., COOLVISION LTD., I.M.L. SLU, and DOES 1-20,** | **ORDER GRANTING MOTION FOR ISSUANCE OF LETTER ROGATORY** |
| Defendants. | |

UPON CONSIDERATION of the motion by Plaintiff WAG ACQUISITION, L.L.C. for issuance of a Letter Rogatory to the appropriate judicial authority in Andorra, the Court having considered the motion *and also having considered the opposition,* and found good cause shown therefor,

IT IS on this __2ND__ day of September, 2014.

ORDERED that the motion is GRANTED.  Two originals of the proposed Letter Rogatory will be executed and provided to the Clerk of this Court.

IT IS FURTHER ORDERED that the Clerk of this Court shall take the following actions:

1. Affix the seal of this Court to the two originals of the issued Letter Rogatory;

2. Issue an apostille on one original issued Letter Rogatory pursuant to the Hague Convention Abolishing the Requirement of Legalisation for Foreign Public Documents;

3. Maintain one original of the issued Letter Rogatory in this Court's records;

4. Mail the issued Letter Rogatory with apostille to Counsel for Plaintiff via first-class certified mail.

_____

Hon. Joseph A. Dickson
United States Magistrate Judge