**ROBINSON, WETTRE & MILLER LLC**
ATTORNEYS AT LAW
ONE NEWARK CENTER, 19TH FLOOR
NEWARK, NEW JERSEY 07102

(973) 690-5400
FAX (973) 466-2760
www.rwmlegal.com

October 6, 2014

BY CM/ECF
Honorable Esther Salas, U.S.D.J.
United States District Court
M. L. King Jr., Bldg & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:  *WAG Acquisition, LLC v. Sobonito Investments, Ltd., et al.*
           Civil Action No. 14-cv-01661 (ES) (JAD)

           *WAG Acquisition, LLC v. Multi Media, LLC, et al.*
           Civil Action No. 14-cv-02340 (ES) (JAD)

           *WAG Acquisition, L.L.C. v. Data Conversions, Inc., et al.*
           No. 14-cv-02345 (ES) (JAD)

           *WAG Acquisition, LLC v. Flying Crocodile, Inc., et al.*
           Civil Action No. 14-cv-02674 (ES) (MAH)

           *WAG Acquisition, L.L.C. v. Gattyán Group S.à r.l., et al.*
           No. 14-cv-02832 (ES) (JAD)

           *WAG Acquisition, L.L.C. v. MFCXY, Inc., et al.*
           No. 14-cv-03196 (ES) (MAH)

           *WAG Acquisition, L.L.C. v. FriendFinder Networks Inc., et al.*
           No. 14-cv-03456 (ES) (JAD)

           *WAG Acquisition, LLC v. Vubeology, Inc., et al.*
           <u>Civil Action No. 14-cv-04531 (ES) (JAD)</u>

Dear Judge Salas:

    This joint letter is respectfully submitted on behalf of all named and served parties in the above-captioned matters. Counsel for plaintiff and defendants jointly request the following

**ROBINSON, WETTRE & MILLER LLC**

Hon. Esther Salas, U.S.D.J.
October 6, 2014
Page 2

briefing schedule and page limits for the global briefing of defendants' motions to dismiss. (As agreed during the recent telephonic status conference with the Court, briefing will proceed under the old Appendix N, and no motion papers will be filed with the Court until after the motions are fully briefed).

<u>Defendants' consolidated brief in support of motions to dismiss</u>
Service date: November 14, 2014
Page limits (in 14-point font): 75 pages on patent points; 20 pages on jurisdiction points

<u>Plaintiff's brief in opposition</u>
Service date: December 19, 2014
Page limits (14-point font): 75 pages on patent points; 40 pages on jurisdiction points

<u>Defendants' consolidated reply brief</u>
Service date: January 9, 2015
Page limits (14-point font): 25 pages on patent points; 20 pages on jurisdiction points

<u>Filing of All Motion Papers via CM/ECF</u>
January 12, 2015

If the foregoing is acceptable to Your Honor, we respectfully request that the Court "So Order" the letter below.

We thank Your Honor for her kind consideration.

Respectfully,

*/s/ Leda Dunn Wettre*

Leda Dunn Wettre

cc: All counsel of record (via CM/ECF)

IT IS **SO ORDERED** this 8th day of October, 2014.

_____
Hon. Esther Salas, U.S.D.J.