# TRIBUNAL DE DISTRICTE DELS ESTATS UNITS
## DISTRICTE DE NEW JERSEY

WAG ACQUISITION, L.L.C.,
Demandant

V.

SOBONITO INVESTMENTS, LTD., ET AL.,
*Demandat*

**CITACIÓ EN UN PROCÉS CIVIL**

NÚMERO DE PROCEDIMENT: **2:14—CV-01661—ES—JAD**

A: *(Nom i adreça del Demandat):*

S'ha presentat una querella contra vostè.

En els 21 dies posteriors a la recepció d'aquesta citació (sense comptar el dia de la recepció) — o 60 dies si sou els Estats Units o una Agència del Estats Units, o una oficina o treballador dels Estats Units segons es descriu a Fed. R. civ. P. 12 (a)(2) o (3) — heu d'enviar al demandant una resposta a la denúncia adjunta o una moció de conformitat amb la norma 12 de les Normes Federals del Procediment Civil. La resposta o moció s'ha d'enviar al demandant o a l'advocat del demandant, el nom i l'adreça del qual són:

Si no respon, s'iniciarà un procediment judicial pertinent contra vostè per al desgreuge exigit a la moció. A més a més, heu de presentar la vostra resposta o moció en el tribunal.

WILLIAM T. WALSH

SECRETARI

LEROY DUNBAR
**(Per) SECRETARI ADJUNT**



**EMÈS EL 17-03-2014 14:38:40.0,**
Secretari USDC NJD