# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAG Acquisition, L.L.C.,<br><br>    Plaintiff,<br><br>v.<br><br>Sobonito Investments, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 2:14-cv-01661<br>(ES)(JAD)<br><br><br>**NOTICE OF JOINT MOTION<br>TO DISMISS PLAINTIFF'S<br>COMPLAINTS** |
| WAG Acquisition, L.L.C.,<br><br>    Plaintiff,<br><br>v.<br><br>Multi Media, L.L.C., *et al.*,<br><br>    Defendants. | Civil Action No. 2:14-cv-02340<br>(ES)(JAD) |
| WAG Acquisition, L.L.C.,<br><br>    Plaintiff,<br><br>v.<br><br>Data Conversions, Inc., *et al.*<br><br>    Defendants. | Civil Action No. 2:14-cv-02345<br>(ES)(JAD) |

| | |
|---|---|
| WAG Acquisition, L.L.C.,<br><br>                Plaintiff,<br>v.<br>Flying Crocodile, Inc., *et al*.,<br><br>                Defendants. | Civil Action No. 2:14-cv-02674 (ES)(MAH) |
| WAG Acquisition, L.L.C.,<br><br>                Plaintiff,<br>v.<br>Gattyán Group S.à r.l., *et al*.,<br><br>                Defendants. | Civil Action No. 2:14-cv-02832 (ES) (JAD) |
| WAG Acquisition, L.L.C.,<br><br>                Plaintiff,<br>v.<br>MFCXY, Inc., *et al*.,<br><br>                Defendants. | Civil Action No. 2:14-cv-03196 (ES)(MAH) |
| WAG Acquisition, L.L.C.,<br><br>                Plaintiff,<br>v.<br>FriendFinder Networks Inc., *et al*.,<br><br>                Defendants. | Civil Action No. 2:14-cv-03456 (ES)(JAD) |

| | |
|---|---|
| WAG Acquisition, L.L.C., <br><br>              Plaintiff, <br><br> v. <br><br> Vubeology, Inc., *et* al., <br><br>              Defendants. | Civil Action No.2:14-cv-04531 <br> (ES)(JAD) |

**ON NOTICE TO:**

Ronald Abramson
David G. Liston
**LEWIS BAACH pllc**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 826-7001

*Attorneys for Plaintiff WAG Acquisition, LLC*

**PLEASE TAKE NOTICE** that on January 20, 2015, or on a date to be set by this Court, Defendants in the above-captioned actions (collectively "Moving Defendants") will jointly move before the Hon. Esther Salas, U.S.D.J., at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for entry of an Order pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(b)(2) and 12(b)(3) and Local Civil Rule 7.1 dismissing Plaintiff's Complaints and/or Amended Complaints in the above-captioned matters for failure to state a

claim on which relief can be granted, for lack of personal jurisdiction, and for improper venue.

**PLEASE TAKE FURTHER NOTICE** that in support of this joint motion, Moving Defendants shall rely on the accompanying Memorandum of Law in Support of Defendants' Joint Motion For Dismissal, along with the supporting Declarations of Michael A. Innes, Leonid Radvinsky and Noam Fogel and upon all pleadings, papers and proceedings on file in these actions. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Moving Defendants respectfully request oral argument.

Dated:  November 14, 2014        Respectfully submitted,

s/ *Michael A. Innes*
Michael A. Innes, Esq.
**KELLEY DRYE & WARREN LLP**
200 Kimball Drive
Parsippany, New Jersey 07054
Telephone:  (973) 503-5900

David W. Long (*Pro Hac Vice*)
Stephen R. Freeland (*Pro Hac Vice*)
**KELLEY DRYE & WARREN LLP**
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC  20007-5108
Telephone: (202) 342-8400
Facsimile:  (202) 342-8451

*Attorneys for Defendant Coolvision Ltd.*

        <u>*s/ Keith J. Miller*</u>
        <u>*s/ Leda Dunn Wettre*</u>
        Leda Dunn Wettre
        Keith J. Miller
        **ROBINSON, WETTRE & MILLER LLC**
        One Newark Center
        Newark, NJ 07102
        Telephone No.: (973) 690-5400
        Facsimile No.: (973) 466-2760
        LWettre@rwmlegal.com
        KMiller@rwmlegal.com

        **OF COUNSEL:**
        Frank M. Gasparo (*Pro Hac Vice*)
        Ralph A. Dengler (*Pro Hac Vice*)
        Todd M. Nosher
        Andrew P. MacArthur
        **VENABLE LLP**
        1270 Avenue of the Americas
        New York, New York 10020
        Telephone No.:  (212) 307-5500
        Facsimile No.:  (212) 307-5598
        FMGasparo@venable.com
        RADengler@venable.com
        TMNosher@venable.com
        APMacArthur@Venable.com

        *Attorneys for Defendants FriendFinder Networks Inc., Streamray Inc., Multi Media, LLC, and WMM, LLC and WMM Holdings, LLC*

/s/ *David A. Ward*
David A. Ward, Esq.
KLUGER HEALEY, LLC
219 Broad Street
Red Bank, New Jersey 07052
Telephone: (732) 852-7500
dward@klugerhealey.com

Brian G. Bodine
(admission *Pro Hac Vice* pending)
LANE POWELL PC
1420 Fifth Ave., Suite 4200
Seattle, WA 98111-9402
Telephone: (206) 223-7406
bodineb@lanepowell.com

*Attorneys for Defendants Flying Crocodile, Inc., FCI, Inc., Accretive Technology Group, Inc., ICF Technology, Inc., Riser Apps LLC, Streamates Ltd., and Vubeology, Inc.*

      <u>*s/ Keith J. Miller*</u>
      <u>*s/ Leda Dunn Wettre*</u>
      Leda Dunn Wettre
      Keith J. Miller
      **ROBINSON, WETTRE & MILLER LLC**
      One Newark Center
      Newark, NJ 07102
      Telephone No.: (973) 690-5400
      Facsimile No.: (973) 466-2760
      LWettre@rwmlegal.com
      KMiller@rwmlegal.com

      **OF COUNSEL:**
      Kevin O'Brien (*Pro Hac Vice*)
      Richard V. Wells (*Pro Hac Vice*)
      **BAKER & McKENZIE, LLP**
      815 Connecticut Avenue, N.W.
      Washington, D.C. 20006
      Telephone No.:  (202) 835-6143
      Facsimile No.:  (202) 416-7143
      Kevin.O'Brien@bakermckenzie.com
      Richard.Wells@bakermckenzie.com

      *Attorneys for Defendants Gattyán Group S.à r.l.,*
      *Duodecad IT Services Luxembourg S.à r.l. and*
      *Duodecad IT Services USA LLC*

/s/ *Dennis Hopkins*
Dennis Hopkins
**PERKINS COIE LLP**
30 Rockefeller Plaza
New York, New York 10112-0085
Telephone: (212) 262-6900
Facsimile:  (212) 977-1649
DHopkins@perkinscoie.com

**OF COUNSEL:**
John P. Flynn *(Pro Hac Vice)*
**DIOGUARDI FLYNN LLP**
7001 N. Scottsdale Road, Suite 2060
Scottsdale, Arizona 85253
Telephone: (480) 951-8803
Facsimile:  (480) 951-8824
jflynn@dioguardiflynn.com

David R. Pekarek Krohn (*Pro Hac Vice*)
**PERKINS COIE LLP**
1 East Main St., Suite 201
Madison, Wisconsin 53703
Telephone : (608) 663-7496
DPekarekKrohn@perkinscoie.com

*Attorneys for Defendants MFCXY, Inc., LRAM Company B.V., Leonid Radvinsky, Cybertania, Inc. and Activesoft, Inc.*

## **CERTIFICATE OF SERVICE**

I**, LEDA DUNN WETTRE**, hereby certify that on November 14, 2014, I caused a true and correct copy of the Moving Defendants' Notice of Joint Motion to Dismiss Plaintiff's Complaints and all supporting papers to be served to the following attorneys by the means listed below:

### **BY EMAIL:**
Ronald Abramson
David G. Liston
LEWIS BAACH pllc
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
ronald.abramson@lewisbaach.com
david.liston@lewisbaach.com

I further certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  November 14, 2014                                         *s/ Leda Dunn Wettre*
                                                                                              Leda Dunn Wettre