

CONSULATE GENERAL OF THE
UNITED STATES OF AMERICA
BARCELONA

Ministeri
d'Afers Exteriors
Registre de general

Data: 15|07|15
E. núm. 02|0|15 S.núm.
Núm. Expedient 44|15

## NOTE VERBALE

No. 204/2014

At the request of the Embassy of the United States of America in Madrid, the Consulate General of the United States of America in Barcelona presents its compliments to the Ministry of Foreign Affairs and requests the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Principality of Andorra.

The United States District Court for the District of New Jersey has transmitted the annexed letters rogatory in the matter of WAG Acquisition, L.L.C. v. Sobonito Investments, Ltd., Coolvision Ltd., I.M.L. SLU, and DOES 1-20 Investments. The case is a civil proceeding pending before the United States District Court for the District of New Jersey concerning a motion for infringement of four (4) U.S. patents. The letters rogatory request that service of process be effected upon I.M.L. SLU ("Imlive"), Edifici Burges, Avinguda Sant Antoni 27, La Massana, AD 400, Principat d'Andorra. The United States District Court for the District of New Jersey has provided funds to reimburse any costs incurred in executing the letters rogatory.

The Consulate General is grateful for the Ministry's assistance in the interests of justice. Be assured that the United States District Court will provide similar assistance to the judicial authorities of Andorra.

The Consulate General would appreciate being kept advised of the progress of the letters rogatory specifically the date it is assigned to the appropriate judicial authority for service by sending any update to Ramon Menendez-Carreira, Consular Chief at the U.S. Consulate General in Barcelona. If you have any questions or concerns, please do not hesitate to contact Ramon Menendez-Carreira at menendez-carreirar@state.gov.

On behalf of the Embassy of the United States of America in Madrid, the Consulate General reiterates to the Ministry the assurances of its highest consideration.

Consulate General of the United States of America

Barcelona, December 31, 2014



DISTRICTE DE NEW JERSEY

WAG ACQUISITION, L.L.C.,
Demandant

V.                                    CI

SOBONITO INVESTMENTS, LTD., ET AL.,
Demandat

                                      NÚ
                                      JA

A: *(Nom i adreça del Demandant):*

S'ha presentat una querella contra vostè.

En els 21 dies posteriors a la recepció d'aquesta citació (
sou els Estats Units o una Agència del Estats Units, o una c
descriu a Fed. R. civ. P. 12 (a)(2) o (3) — heu d'enviar al de
moció de conformitat amb la norma 12 de les Normes Federals del Procediment Civil. La resposta o moció s'ha
d'enviar al demandant o a l'advocat del demandant, el nom i l'adreça del qual són:

Si no respon, s'iniciarà un procediment judicial pertinent contra vostè per al desgreuge exigit a la moció. A
més a més, heu de presentar la vostra resposta o moció en el tribunal.

WILLIAM T. WALSH

SECRE
TARI

LEROY DUNBAR
(Per) SECRETARI ADJUNT

⸴ AO 392
Rev. 5/81)

**APOSTILLE INDEX CARD**

| | |
|---|---|
| 014 | 11/6/2014 |
| APOSTILLE NUMBER | DATE ISSUED |

Andrea Lewis-Walker
SIGNATURE CERTIFIED (PRINT OR TYPE)

Deputy Clerk
CAPACITY OR TITLE AND/OR SEAL/STAMP OF

ISSUING DEPUTY CLERK

---

AO 390                    **APOSTILLE**

           (Convention de La Haye du 5 octobre 1961)

1. Country: United States of America
   This public document  Summons translated into Catalan

2. has been signed by  Andrea Lewis-Walker for William T. Walsh
                                              Clerk of court

3. acting in the capacity of  Deputy Clerk

4. bears the seal/stamp of  U.S. District Court
                            District of New Jersey

   **CERTIFIED**

5. at  Newark, NJ    6. the  11/06/2014

7. by  Andrea Lewis-Walker

8. No.  N014

9. Seal/Stamp          10. Signature:

EMÈS EL 17-03-2014 14:38:40.0,
Secretari USDC NJD

TRIBUNAL DE DISTRICT
PER AL~~~~~~~~

WAG ACQUISITION, L.L.C.,

Demandant,

v.

SOBONITO INVESTMENTS, LTD.,
COOLVISION LTD., I.M.L. SLU,  i DOES
1-20,

Demandats.

AO 390

**APOSTILLE**

(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America
This public document Disclosure statement in Catalan
has been signed by. Andrea Lewis- Walker for William T. Wai
Clerk of Court
acting in the capacity of Deputy Clerk
bears the seal/stamp of V.S. District Court
District of New Jersey

**CERTIFIED**

5. at Newark, NJ  6. the 11/06/2014
7. by Andrea Lewis- Walker
8. No. N015
9. Seal/Stamp                    10. Signature:
Andrea L. Walker

## DECLARACIÓ DE DIVULGACIÓ DEL ~~~~~~~~~~~~

## L.L.C.

De conformitat amb la Norma Federal del Procediment Civil 7.1, El Demandant WAG

Acquisition, L.L.C. ("WAG") presenta aquesta Declaració de divulgació corporativa,

on certifica que WAG no té cap societat matriu i que cap empresa pública posseeix el

10% o més del capital social de WAG.

Data: 17 de març de 2014

RONALD ABRAMSON
DAVID G. LISTON
LEWIS BAACH PLLC
The Chrysler Building
405 Lexington Avenue
Nova York, NY 10174
Tel: (212) 826-7001

AO 392
(. 5/81)

**APOSTILLE INDEX CARD**

015
APOSTILLE NUMBER

11/6/2014
DATE ISSUED

Andrea Lewis-Walker
SIGNATURE CERTIFIED (PRINT OR TYPE)

Deputy Clerk
CAPACITY OR TITLE AND/OR SEAL/STAMP OF

ISSUING DEPUTY CLERK

s/Ronald Abramson
Ronald Abramson
*Advocats per al
demandant*

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy of
the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By:
Deputy Clerk

AO  390

**APOSTILLE**

(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America
   This public document Certification of Carolina Mora Godoy

2. has been
   signed by Andrea Lewis- Walker for William T. Web
   Clerk of Court

3. acting in
   the capacity of . . Deputy Clerk

4. bears the seal/stamp of. U.S. District Court
   District of NJ

**CERTIFIED**

5. at Newark, NJ  6. the 11/06/2014

7. by Andrea Lewis- Walker

8. No. N018

9. Seal/Stamp

10. Signature:

Ronald Abramson
David G. Liston
**LEWIS BAACH pllc**
The Chrysler Building
405 Lexington Avenue
Nova York, NY 10174
Tel.: (212) 826-7001

*Advocats del demandant*

TRIBUNAL
PER AL DISTRICTE

---

**WAG ACQUISITION, L.L.C.,**

Demandant,

v.

**SOBONITO INVESTMENTS, LTD.,
COOLVISION LTD., I.M.L. SLU, i DOES 1-20,**
Demandat.

Núm. procediment: 2:14-CV-01661-ES-JAD
Demanda per incompliment de patent,
demanda de judici per jurat i certificació de
conformitat amb la norma local 11.2

---

A data 24 d'octubre de 2014, jo, Carolina Mora Godoy, certifico pel present document que les següents
declaracions són fidedignes:

- He cursat un Màster en Traducció jurídica a una Universitat Catalana (UAB)
- Parlo amb fluïdesa tant l'anglès com el català (parlant nadiu)
- Segons el meu parer, la traducció de les citacions i la demanda per infracció de patent, la demanda
  de judici per jurat i la certificació de conformitat amb la norma local 11.2 d'anglès al català de 44
  pàgines és fidedigna i exacta.

AO 392
:v. 5/81)

Carolina Mora Godoy

**APOSTILLE INDEX CARD**

018
APOSTILLE NUMBER

11/06/2014
DATE ISSUED

Andrea Lewis-Walker
SIGNATURE CERTIFIED (PRINT OR TYPE)

Deputy Clerk
CAPACITY OR TITLE AND/OR SEAL/STAMP OF

ISSUING DEPUTY CLERK

RECEIVED

12:15

WILLIAM T. WALSH
CLERK

AO  390

**APOSTILLE**

(Convention de La Haye du 5 octobre 1961)

Country: United States of America
This public document Certification of Eduard Tunyi

Ronald Abramson
David G. Liston
**LEWIS BAACH pllc**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 826-7001

*Advocats del demandant*

**TRIBUNAL DE DISTRICT
PER AL DISTRICTE**

has been
signed by Andrea Lewis-Walker for William T Walsh
Clerk of Court

acting in
the capacity of ... Deputy Clerk

bears the seal/stamp of. U.S. District Court
District of New Jersey

CERTIFIED

5. at Newark, NJ      6. the 11/06/2014

7. by Andrea Lewis Walker

8. No. N012

9. Seal/Stamp      10. Signature:
Andrea R Walker

**WAG ACQUISITION, L.L.C.,**

Demandant,

v.

**SOBONITO INVESTMENTS, LTD.,
COOLVISION LTD., I.M.L. SLU, i DOES 1-20
INVESTMENTS,**
  Demandat.

Demanda núm.: 2:14-CV-01661-ES-JAD

Jo, Eduard Tunyí, en data 7 d'octubre de 2014 certifico que les següents manifestacions són certes:

- Sóc advocat des de fa més de 20 anys.
- Sóc Llicenciat en Dret.
- Sóc Llicenciat en Ciències Polítiques per una universitat catalana (UOC).
- Sóc Màster en Ciències Polítiques per una universitat canadenca.
- Obtindré el títol de Màster en Traducció Especialitzada per una universitat catalana el curs 2015/2016 (UOC)
- Parlo català (parlant nadiu) i anglès.
- La traducció de la Comissió rogatòria de l'anglès al català, de 7 pàgines, és veritable i exacta segons el meu lleial saber i entendre.

Eduard Tunyí

AO 392
(5/81)

**APOSTILLE INDEX CARD**

012
APOSTILLE NUMBER

11/06/2014
DATE ISSUED

Andrea Lewis-Walker
SIGNATURE CERTIFIED (PRINT OR TYPE)

Deputy Clerk
CAPACITY OR TITLE AND/OR SEAL/STAMP OF

ISSUING DEPUTY CLERK

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy of
the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By:
Deputy Clerk



**Número 1661**
28 de novembre de 2012

## Escriptura de poder especial.

Atorgada per la societat "I.M.L., SLU" a favor del senyor Yair SHAI.



NOTARIA DE ROSA M. FERRÀNDIZ ESTEVE



Cambra de Notaris
Principat d'Andorra

1661/12

NF

NOTARIA DE ROSA M. FERRANDIZ ESTEVE

Tel. +376 802 660      Fax +376 802 655
Baixada de Molí Papyr           Tr despatx A5
AD500 Andorra la Vella           Principat d'Andorra
notaria@rma.smmm.mmn            mm.mm.mmm.mmm



------------------------ Número mil sis-cents seixanta-u ------------------------

------------------------ **PODER ESPECIAL** ------------------------

A Andorra la Vella, el dia vint-i-vuit de novembre de dos mil dotze. --------------------------------------------------------------------------------

Davant meu, Rosa Maria Ferràndiz Esteve, Notari del Principat d'Andorra, --------------------------------------------------------------------------------

------------------------ COMPAREIX ------------------------

• El senyor **Benjamí PUJOL CHAUFFAILLE**, nascut el dia █████████████████████████████, casat sota el règim econòmic matrimonial de separació de béns, segons afirma, de nacionalitat andorrana, titular del passaport número █████, i amb domicili professional a Andorra la Vella, carrer Pau Casals, edifici Cornella 2, 2on. --------------------------------------------------------------

ACTUA en nom i representació de la societat mercantil andorrana **"I.M.L., SLU"** –constituïda, com societat unipersonal i amb la denominació "INTERNACIONAL MERCAT LLIURE INTERNET VIU ENTRETENIMENT, SLU (IMLIVE, SLU)", mitjançant escriptura per mi autoritzada el dia vint-i-sis de febrer de dos mil nou, sota el número

1

TRES-CENTS CINQUANTA-SET (357/09) de protocol. TRASLLADAT el seu domicili social i modificat l'article 4 dels seus estatuts, en escriptura per mi autoritzada el dia dinou de juliol de dos mil nou, sota el número MIL CINC-CENTS TRENTA-SIS (1536/09) de protocol. MODIFICADA la seva denominació social per la de "I.M.L. INTERNET VIU ENTRETENIMENT, SLU" mitjançant escriptura per mi autoritzada el dia trenta-u d'agost de dos mil deu, sota el número MIL DOS-CENTS SEIXANTA-TRES (1263/10) de protocol. MODIFICADA novament la seva denominació social per l'actual mitjançant escriptura per mi autoritzada el dia quinze d'octubre de dos mil deu, sota el número MIL QUATRE-CENTS VUITANTA-U (1481/10) de protocol. INSCRITA al Registre de Societats del M.I. Govern d'Andorra amb el número 12781, llibre S-175, folis 411-420, inscripció de data 11 de març de 2009. DOMICILIADA a La Massana, Avinguda Sant Antoni número 27–. Compareix a l'atorgament de la present en execució dels acords adoptats en la sessió del Consell d'Administració de la societat celebrada el dia 12 de novembre d'enguany, segons consta en un certificat corresponent a la sessió, lliurat pel Secretari del Consell d'Administració, amb el vist plau de la seva Presidenta, que em remet i protocol·litzo amb la present matriu (document número 1), havent acreditat la vigència dels càrrecs mitjançant consulta efectuada en el Registre de Societats del Govern d'Andorra, que protocol·litzo també amb la present (document número 2), i considerant autèntiques les seves signatures per ser anàlogues a les que consten en altres documents obrant en el meu protocol. --------

Assegura que la delegació de facultats al seu favor no li ha



Cambra de Notaris
Principat d'Andorra

1661/12

estat revocada, suspesa ni limitada. ----------------------------------------------

Conec el compareixent. Assegura tenir i té, a judici meu, la capacitat legal necessària per a aquest acte i, en la qualitat en què actua, -----------------------------------------------------------------------------

---------------------------------------- ATORGA ----------------------------------------

Que, en execució dels acords ressenyats, confereix **PODER ESPECIAL**, tan ampli i a bastament com en Dret es requereixi i sigui menester, a favor del senyor **Yair SHAI** –nascut el dia ██████████ ███████████████████████████████, de nacionalitat israeliana, titular del passaport número ██████– perquè, en nom i representació de la societat poderdant, --------------------------------------------------------------------

---------------------------------------- PUGUI ----------------------------------------

Dur a terme totes i cadascuna de les facultats que consten en l'acord "Segon" del certificat protocol·litzat amb l'escriptura com a document número 1, que es donen aquí per reproduïdes. ----------------

Es faculta l'apoderat per a sol·licitar i obtenir còpies de l'escriptura. -------------------------------------------------------------------------

He fet al compareixent les reserves i **advertiments** oportuns. ---

Tanmateix, **adverteixo especialment** la societat poderdant que la relació d'apoderament S'EXTINGEIX en els casos de revocació o dissolució de la societat poderdant, renúncia, mort o incapacitat de l'apoderat o fallida del poderdant o de l'apoderat. ----------------------------

Així ho atorga el compareixent. ------------------------------------------------

PROTECCIÓ DE DADES PERSONALS ------------------------------

INFORMO el compareixent, el qual, d'acord amb el que estableix la Llei 15/2.003 de 18 de desembre, de protecció de dades personals, queda informat i accepta, que les seves dades seran incorporades als fitxers informàtics de la meva Notaria, on es conservaran amb caràcter confidencial, sense perjudici de les remissions d'obligat compliment. -------------------------------------------

Llegida per mi aquesta escriptura, per renúncia de l'atorgant al seu advertit dret a fer-ho per si mateix, la troba conforme i la firma amb mi la Notari, que DONO FE de tot el que es conté en aquest Instrument Públic, estès en dos fulls de paper d'ús exclusiu per a documents notarials. --------------------------------------------------------

Hi ha la/es firma/es del/s compareixent/s. -------------------------------------
Signat = Rosa Maria Ferràndiz Esteve = rubricat. ---------------------------
Hi ha el segell de la Notaria. ----------------------------------------------------
És còpia conforme al seu original que, sota el número al principi indicat, obra en el meu protocol general d'enguany, i fotocòpia del/s document/s amb ell protocol·litzat/s al qual em remeto i, requerida, la lliuro en dos fulls de paper exclusiu per a documents notarials, impresos a doble cara i numerats correlativament, que signo, firmo, rubrico i segello a Andorra la Vella el dia del seu atorgament, de que dono fe. ------------------------------------------------------------------------------



*Document número* ∧

El sotasignat, Pinchas LEWENSTEIN, major d'edat, actuant com a Secretari de la societat mercantil andorrana "I.M.L., SLU", entitat constituïda en escriptura autoritzada per la Notari Rosa Maria FERRANDIZ ESTEVE el dia 26 de febrer de 2009, amb el número 357 del seu protocol; inscrita al Registre de Societats de M.I. Govern amb el número 12781, Llibre S-175, folis 411 al 420, en data 11 de març de 2009, per la present,

## C E R T I F I C A:

Que, en la reunió del Consell d'Administració de la societat **I.M.L., SLU**, celebrada el dia 12 de novembre del 2012 a les 10 hores, s'han pres, entre altres, els acords que, transcrits literalment diuen així:

*(...)*

*ACORD SEGON: S'acorda per unanimitat conferir poders especials a favor del Sr. Yair SHAI, per a que, actuant per si sol, pugui:*

*Administrar, gestionar i regir la societat poderdant, realitzant, entre altres, els següents actes:*

*a) Contractar i acomiadar personal. Sol·licitar les corresponents autoritzacions, renovacions o baixes de treball del personal estranger contractat per la societat prop de l'oficina d'Immigració i de la Caixa Andorrana de Seguretat Social.*

*b) Fer cobraments i pagaments, vendre i comprar mercaderies, i tota mena de béns mobles de licit comerç.*

*c) Firmar tota classe de documents comercials, i especialment lliurar, endossar, acceptar, cobrar i descomptar lletres de canvi i altres documents de gir; formular comptes de ressaca; requerir protestos per manca d'acceptació de pagament; aprovar o impugnar comptes; efectuar cobraments i pagaments per qualsevol títol i quantitat; retirar de les Oficines de Comunicacions cartes, certificats, despatxos, paquets, girs i valors declarats, i de les companyies ferroviàries, navilieres i de transport en general. Duanes i Agències, gèneres i efectes tramesos; protestar i reclamar deixes de comptes i abandó de mercaderies.*

*d) Obrir, contestar i signar la correspondència i portar els llibres comercials d'acord amb la Llei; aixecar protestes d'avaries, contractar assegurances contra risc de transport, incendis i accidents de treball, signant-ne les pòlisses o documents corresponents i cobrant-ne, quan calgui les indemnitzacions; sol·licitar i retirar quotes de matèries primes o de caràcter comercial; portar la seva representació en els quitaments i esperes, suspensió de pagaments, concursos i fallides dels seus deutors, assistint a les Juntes, nomenant síndics i administradors, acceptant o rebutjant les proposicions del deutor i fent tots els tràmits fins a la fi del procediment.*

*e) Acceptar hipoteques, penyores, anticresis o altres garanties; transigir drets i accions; sotmetre's al judici d'àrbitres de dret o d'equitat; fer i contestar requeriments.*

*f) Comparèixer davant de qualsevol administració, organisme, corporació o autoritat, a efectes de tramitar i signar tota mena d'autoritzacions i/o sol·licituds i súpliques; signar documents de qualsevol classe, siguin civils, mercantils o administratius i, en general, realitzar les gestions que siguin necessàries per assegurar el bon fi de les operacions.*

g) *Instar actes notarials de tota mena: promoure i seguir expedients de domini i d'alliberament de càrregues; fer, acceptar i contestar notificacions i requeriments notarials.*

h) *Atorgar poder per a pleits a favor d'advocats i procuradors.*

i) *Representar la societat en tota mena de concursos i subhastes públics, sol·licitar tota mena d'informacions i plecs de bases, presentar ofertes, dipositar fiances, signar els contractes corresponents, i, en general, fer el necessari.*

j) *Signar contractes d'arrendament de béns immobles.*

k) *Pel que concerneix únicament el compte corrent de la societat obert a l'entitat BANCA PRIVADA D'ANDORRA amb el núm.* ▇▇▇▇▇▇▇▇
▇▇▇*, seguir el referit compte bancari, disposar dels seus saldos, signar talons, xecs i ordres de tota mena; efectuar cobraments i pagaments per qualsevol títol i quantitat, tot l'anteriorment esmentat subjecte a les limitacions següents:*

- *L'apoderat solament podrà utilitzar targetes de crèdit per un import mensual acumulat no superior a 15.000.-€.*
- *L'apoderat no podrà disposar de més diners que els que siguin en dit compte, i no podrà subscriure a cap préstec, línia de crèdit o tot altre finançament, i en general no podrà contreure obligacions financeres a càrrec de la societat.*

*I per tot el que s'ha dit, que és enunciatiu i no limitatiu i, per tant, s'haurà d'interpretar d'una manera molt àmplia, signar els documents públics i privats que siguin menester.*

*ACORD TERCER: S'acorda per unanimitat donar totes les facultats necessàries al Sr. Benjamí PUJOL CHAUFFAILLE, al Sr. Joan PUJOL SERRES, a la Sra. Laura VILAMAJÓ LÓPEZ o a la Sra. Natàlia ALEIX CHAULET per a portar al Registre o elevar a públic els acords que cregui convenients de la present junta."*

Tot el que certifico a La Massana, el dia 12 de novembre del 2012, amb el vistiplau de la Presidenta.

**Vist i Plau de la Presidenta**
Per la societat IML Holdings Ltd.
Sra. Judith HAMBURGUER

**Secretari**
Sr. Pinchas LEWENSTEIN



Consulta d'una societat      *Document número* 2      Page 1 of 1

 Govern d'Andorra

28/
11/
2012

# Fitxa d'una societat: representants

La nota simple és de caràcter informatiu, i no dóna fe del contingut del Registre.

**Identificador de la societat**      707933-N I.M.L., SLU

General   Ad./Dades ecc   Socis   Representants   Embargaments   Domicili
Comerços   Activitat merca

| | Nom del representant | Tipus de càrrec | Data d'inici |
|---|---|---|---|
| | FLAQUE GARCIA, IGNASI | 18 VOCAL | 22/09/09 |
| | LEWENSTEIN, PINCHAS DAVID | 17 SECRETARI | 22/09/09 |
| | IML HOLDINGS LTD | 01 PRESIDENT | 22/09/09 |

| | Nom | Texte 3 | Data inici delegació | Data format DD/MM/YY |
|---|---|---|---|---|
| | HAMBURGER-ORNSTEIN, JUDIT | 01 PRESIDENT | 22/09/09 | |



Rosa Maria FERRÀNDIZ ESTEVE, Notari
del Principat d'Andorra. ------------------------
CERTIFICO: Que la fotocòpia que figura al
dors i les *dues* ... anteriors coincideixen
amb el seu original, protocol·litzat amb el
número *1.661* ... ... del meu protocol
general corresponent a l'any *2012*. —
Andorra la vella, ... *2 8. NOV. 2012* ) ............



Govern d'Andorra
Servei d'Immigració
AUTORITZACIÓ

**RESIDÈNCIA I TREBALL**

Número identificació: ███
Nom: YAIR
Cognoms: SHAI
Data naixement: ███

Vàlid fins: 20/09/2015

Escaldes-Engordany, 2 d'Octubre de 2013



Nacionalitat: AUSTRÍACA
Adreça: ███
ESCAS (PRINCIPAT D'ANDORRA)



RAUM FÜR AMTLICHE VERMERKE DER BEHÖRDE
RESERVED FOR THE AUTHORITY

P      AUT      P  ███
SHAI
YAIR
ÖSTERREICH
REHOVOT
M
DB
TEL AVIV

14.03.2011
13.03.2021

Shai. Y.

P<AUTSHAI<<YAIR<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
███ <<<<<<<<<<<<<<6

REGISTRE D'ENTRADA
Batllia d'Andorra - Presidència
20-01-15 HORA
Nº ORDRE
CIVIL 6

Procediment 2:14-cv-01661-ES-JAD Document 30 Presentat 10/9/14 Pàgina 1 de 4 ID de pàgina: 290
Procediment 2:14-cv-01661-ES-JAD Document 16-2 Presentat 26/8/14 Pàgina 1 de 4 ID de pàgina: 152

150/2015

**TRIBUNAL DE DISTRICTE DELS ESTATS UNITS**
**PER AL DISTRICTE DE NEW JERSEY**

Ministeri d'Afers Exteriors

1 5 GEN. 2015

Núm. ENTRADA 6/15

WAG ACQUISITION, L.L.C,

　　　Demandant,

v.

CÒPIA

Demanda núm.: 2:14-CV-01661-ES-JAD

SOBONITO INVESTMENTS, LTD.,
COOLVISION LTD., I.M.L. SLU,
i DOES 1-20 INVESTMENTS,

CÒPIA COMPULSADA → CÒPIA ANDORRANA

　　　Demandat.

## PETICIÓ DE COOPERACIÓ JUDICIAL INTERNACIONAL (COMISSIÓ ROGATÒRIA)

　　　El Tribunal de Districte dels Estats Units per al Districte de New Jersey saluda l'autoritat judicial competent d'Andorra, i sol·licita cooperació judicial internacional per tal de cursar citació a comparèixer en judici en procediment civil davant d'aquest tribunal en l'assumpte a dalt referenciat.

　　　Aquest Tribunal sol·licita l'esmentada cooperació com a necessària en interès de la justícia, i demana que l'autoritat judicial competent d'Andorra dugui a terme notificació i trasllat de documents judicials, de conformitat amb les lleis d'Andorra que regulen aitals notificacions, a l'entitat a sota esmentada i en la següent adreça,:

[il·legible; 'ni 27']

AO 392
(Rev. 5/81)

### FITXA DE POSTIL·LA

N-OO7　　　　　　　　　　　　　　　　　　　12/9/2014
NÚMERO DE POSTIL·LA　　　　　　　　　　　DATA D'EXPEDICIÓ

Hon. Joseph A. Dickson
SIGNATURA CERTIFICADA (MANUSCRITA O MÀQUINA)

*Magistrate Judge*\* dels EUA
QUALITAT O CÀRREC I/O SEGELL O TIMBRE DE

Andrea Walker
SECRETARI ADJUNT EXPEDIDOR

Ministeri d'Afers Exteriors

1 5 GEN. 2015

Núm.ENTRADA.... 6/15

Els documents judicials que s'han de notificar i traslladar són els següents: demanda

d'infracció de patent, inclosos l'annex A i l'annex B; citació a comparèixer en un procediment

civil; Imprès AO120; declaració informativa del demandant WAG Acquisition, L.L.C.; i primera

demanda esmenada d'infracció de patent.

Aquest tribunal també sol·licita que l'autoritat judicial competent d'Andorra requereixi la

persona o autoritat competent per tal que empleni i signi la certificació de notificació i trasllat de

documents judicials que s'adjunta. Aquest tribunal igualment sol·licita que l'autoritat judicial

competent d'Andorra signi i/o posi el seu segell (o timbre) a la certificació emplenada si considera

que la notificació i trasllat de documents judicials han estat duts a terme correctament conforme a

les lleis d'Andorra, i que, en el tràmit seguit, una declaració en la certificació feta amb coneixement

de la seva falsedat comportaria, d'acord amb les lleis d'Andorra, una sanció penal per a la persona

o autoritat que l'hagués emplenat.

Aquesta sol·licitud de cooperació judicial s'insta pel demandant, WAG Acquisitions,

L.L.C. Les al·legacions de l'actor en el procediment que se segueix davant d'aquest tribunal es

refereixen a quatre (4) patents dels Estats Units: Patents dels Estats Units núm. 8.122.141,

8.327.011, 8.185.611, i 8.364.839. L'actor al·lega que la companyia andorrana I.M.L. SLU es

propietària de diversos llocs d'internet, inclòs el lloc imlive.com, que distribueixen programes de

vídeo en directe per internet des de servidors d'ordinador ubicats físicament als Estats Units, i que

això es fa d'una manera que infringeix les esmentades patents americanes. El demandant sol·licita

del tribunal que ha dictat aquest requeriment una sentència sobre el següent: declaració que els

demandats, cada un d'ells, han violat les patents núm. 8.122.141, 8.327.011, 8.185.611, i

8.364.839; declaració que la infracció de cadascun dels demandats ha estat dolosa; una ordre de

prohibició permanent als demandats de continuar amb la infracció; condemna de pagament de

Procediment 2:14-cv-01661-ES-JAD  Document 30  Presentat 10/9/14 Pàgina 3 de 4 ID de pàgina: 292
Procediment 2:14-cv-01661-ES-JAD  Document 16-2   Presentat 26/8/14 Pàgina 3 de 4 ID de pàgina: 154

indemnització per danys i perjudicis i d'interessos anteriors i posteriors a la sentència, en la

quantitat que resulti provada; condemna de pagament d'honoraris de lletrats, costes o altres danys i

perjudicis conforme al títol 35 del Codi dels Estats Units (U.S.C., *United States Code*), paràgrafs

284 o 285.

Aquesta petició es fa d'acord amb les següents lleis i reglaments federals:

Fed. R. Civ. P.4(f)
28 U.S.C. § 1331
28 U.S.C. § 1338 (a)
28 U.S.C. § 1391 (b)-(c)
28 U.S.C. § 1400 (b)
35 U.S.C. § 1 *et seq*.
35 U.S.C. § 271 (a)-(b)
35 U.S.C. § 284
35 U.S.C. § 285

Ministeri d'Afers Exteriors

**1 5 GEN. 2015**

Núm. ENTRADA...6./15....

Aquest tribunal manifesta que oferirà similar cooperació a l'autoritat judicial competent

d'Andorra.

Aquest tribunal manifesta que constrenyerà el demandant per tal que rescabali Andorra de

les despeses incorregudes pel compliment d'aquesta cooperació judicial internacional (comissió

rogatòria).

A 10 de setembre de 2014

Segell del Tribunal                    [Segell il·legible]

[Signatura il·legible]
Hon. Joseph A. Dickson
*Magistrate Judge* dels Estats Units
Tribunal de Districte dels Estats Units
Districte de New Jersey

| AO 390 | **APOSTILLE** |
|---|---|

(Convention de La Haye du 5 octobre 1961)

1. País: Estats Units d'Amèrica
Aquest document públic

2. ha estat signat per *Andrea Walker, per William T. Walsh, Secretari judicial*

3. el qual actua en qualitat de *Secretari adjunt*

4. i porta el segell o timbre de *Tribunal de Districte dels Estats Units, Districte de New Jersey*

CERTIFICAT

5. a *Newark, NJ*                    6. el dia *12/9/2014*

7. per *Andrea Walker*

8. sota el número *N-007*

9. segell o timbre                    10. Signatura
                                     *Andrea Walker*

CERTIFICO que tot l'anterior és còpia
veritable i fidel de l'original que es
troba arxivat en la meva oficina.
EN DONO FE
WILLIAM T. WALSH, Secretari judicial
Tribunal de Districte dels Estats Units
Districte de New Jersey

                    *Andrea Walker*
Per: _____
            Secretari adjunt

Ministeri d'Afers Exteriors

1 5 GEN. 2015

Núm. ENTRADA... 6 / 15

## CERTIFICACIÓ DE NOTIFICACIÓ I TRASLLAT DE DOCUMENTS JUDICIALS

El sota signant, Guillem JANER MORENO en el benentès que es troba subjecte a responsabilitat penal de conformitat amb les lleis d'Andorra en cas de fer una declaració falsa dolosament, declara que:

1. Els següents documents judicials han estat notificats i traslladats a I.M.L. SLU;

   a. Demanda d'infracció de patent, inclosos l'annex A i l'annex B;

   b. Citació a comparèixer en un procediment civil;

   c. Imprès AO120;

   d. Declaració informativa del demandant WAG Acquisition, L.L.C.;

   e. Primera demanda esmenada d'infracció de patent.

2. Els presents documents judicials han estat notificats i traslladats de conformitat amb les lleis d'Andorra mitjançant el seu lliurament en la següent data i lloc:

   Data: 21/04/2015 Batllia d'Andorra, Andorra la Vella

   Lloc: (localitat, carrer, número): Batllia d'Andorra, av. Tarragona. 62

   Persona (identitat i descripció de la persona que ha rebut els documents en nom de I.M.L. SLU): Yair SHAIR

   Relació amb I.M.L. SLU (propietari, administrador, director, o altre empleat):

   APODERAT DE IML, SLU (Poders Notancals)

Data de compliment: 21/04/2015

Lloc de compliment: Batllia d'Andorra. Andorra la Vella

Signatura:

Ministeri d'Afers Exteriors

**1 5 GEN. 2015**

Núm. ENTRADA....6/15....

CM/ECF LIVE – Tribunal de Districte dels EUA per al Districte de New Jersey -...   https://ecf.njfd.circ3.dcn/cgi-bin/DisplayReceipt-pl?8857627524433...

MIME- Version:1.0

De: njdefiling@njd.uscourts.gov
Per a: njdefililing@localhost.localdomain
Bcc:
--Parts en el procediment: DAVID G. LISTON (david.liston@lewisbaach.com,
esther.yong@lewisbaach.com), MICHAEL ANDREW INNES (docketing@kelleydrye.com,
minnes@kelleydrye.com, mvargas@kelleydrye.com, JOSEPH D. WILSON
(dlong@kelleydrye.com, docketing@kelleydrye.com, jwilson@kelleydrye.com,
marevalo@kelleydrye.com, sfreeland@kelleydrye.com), RONALD ABRAMSON
(ron.abramson@gmail.com, ronald.abramson@lewisbaach.com), Magistrate Judge* Joseph A.
Dickson (njdnef_dickson@njd.uscourts.gov), Judge Esther Salas
(njdnef_salas@njd.uscourts.gov)
--Parts alienes al procediment:
--Cap notificació enviada:

Id de missatge:7839851@njd.uscourts.gov
Assumpte:Activitat en el procediment 2:14-cv-01661-ES-JAD WAG ACQUISITION, L.L.C.
v. SOBONITO INVESTMENTS, LTD. i altres
Tipus de contingut: text/html

**Aquest missatge de correu electrònic ha estat generat automàticament pel sistema de CM/ECF. NO RESPONGUI aquest missatge, ja que la safata de correu no es comprova. \*\*\*NOTA ALS USUARIS D'ACCÉS PÚBLIC\*\*\* La política de la Conferència Judicial dels Estats Units permet als advocats registrats i a les parts d'un procediment (incloses les parts que es representen a si mateixes) rebre una còpia electrònica de tots els documents presentats electrònicament, si la llei exigeix un rebut o es demana per qui els preseta. A la resta d'usuaris se'ls apliquen quotes d'accés al PACER (*Public Access to Courts Electronic Records*, Accés Públic als Registres Electrònics dels Tribunals). Per tal d'evitar càrrecs posteriors, descarregui una còpia de cadascun dels documents durant aquesta primera visualització. Tanmateix, la còpia no és gratuïta i no s'aplica el límit de 30 pàgines si el referit document és una transcripció.**

### Tribunal de Districte dels Estats Units

#### Districte de New Jersey [LIVE]

### Avís de presentació electrònica

La següent operació va entrar el dia 11/9/2014 a les 8:23 AM EDT i es va registrar el 10/9/2014
**Nom del procediment:**       WAG ACQUISITION, L.L.C. v. SOBONITO INVESTMENTS, LTD. i altres
**Número de procediment:**   2:14-cv-01661-ES-JAD
**Presentador:**
**Número de document:**      30

**Text de l'expedient:**
**Comissió rogatòria dictada a I.M.L. SLU ("Imlive"), Principat d'Andorra. (sr,)**

**2:14-cv-01661-ES-AJD S'ha enviat un avís electrònicament a:**

DAVIG G. LISTON       david.liston@lewisbaach.com, esther.yong@lewisbaach.com

JOSEPH D. WILSON   jwilson@kelleydrye.com, dlong@kelleydrye.com, docketing@kelleydrye.com,

CM/ECF LIVE – Tribunal de Districte dels EUA per al Districte de New Jersey -...   https://ecf.njfd.circ3.dcn/cgi-bin/DisplayReceipt-pl?8857627524433...

Ministeri d'Afers Exteriors

**1 5 GEN. 2015**

marevalo@kelleydrye.com, sfreeland@kelleydrye.com

MICHAEL ANDREW INNES  minnes@kelleydrye.com, docketing@kelleydrye.com,  ENTRADA... 6/15
MVargas@KelleyDrye.com

RONALD ABRAMSON     ronald.abramson@lewisbaach.com, ron.abramson@gmail.com

**2:14-cv-01661-ES-AJD No s'enviarà electrònicament cap avís a::**

El(s) següent(s) document(s) estan associats a aquesta operació:

**Descripció del document:** Document principal
**Nom original del arxiu:** n/a
**Segell electrònic del document:**
 [STAMP dcecfStamp_ID=1046708974 [Date=9/11/2014] [FileNumber=7839849-0
 ] [a624d63d223d60d186604301c840aed55f9a8e630ae065900024aaa30dc839b613c
 5632523f730dd366663ce683296847ff12353d93181637b3671d889014158]]

Procediment 2:14-cv-01661-ES-JAD  Document 24  Presentat 2/9/14 Pàgina 1 de 1 ID de pàgina: 238
Procediment 2:14-cv-01661-ES-JAD  Document 16-3 Presentat 26/8/14 Pàgina 1 de 1 ID de pàgina: 156

## TRIBUNAL DE DISTRICTE DELS ESTATS UNITS

### PER AL DISTRICTE DE NEW JERSEY

> Ministeri d'Afers Exteriors
>
> 1 5 GEN. 2015
>
> Núm. ENTRADA... 6/15

WAG ACQUISITION, L.L.C,

      Demandant,

      v.

SOBONITO INVESTMENTS, LTD.,
COOLVISION LTD., I.M.L. SLU,
i DOES 1-20,

      Demandats.

Procediment núm.: 2:14-cv-01661-ES-JAD

**ORDRE PER LA QUAL ES CONCEDEIX LA
PETICIÓ PERQUÈ ES DICTI COMISSIÓ
ROGATÒRIA**

EXAMINADA la petició del demandant WAG ACQUISITION, L.L.C. perquè es dicti una Comissió rogatòria dirigida a l'autoritat judicial competent d'Andorra, havent examinat el Tribunal la petició, [manuscrit: *i havent examinat també l'oposició*], i entenent que concorre justa causa per això,

A 2 de setembre de 2014,

S'ORDENA que la petició sigui CONCEDIDA. S'emetran dos originals de la Comissió rogatòria proposada que seran lliurats al Secretari d'aquest tribunal.

S'ORDENA TAMBÉ que el Secretari d'aquest tribunal dugui a terme les següents accions:

1. Estampar el segell d'aquest tribunal en els dos originals de la Comissió rogatòria dictada.

2. Expedir una postil·la en un original de la Comissió rogatòria dictada conforme al Conveni que suprimeix l'exigència de legalització dels actes públics estrangers, fet a l'Haia.

3. Conservar un original de la Comissió rogatòria dictada en l'expedient d'aquest tribunal.

4. Enviar al lletrat del demandant la Comissió rogatòria dictada mitjançant correu certificat de primera classe.

      [Signatura il·legible]
      Hon. Joseph A. Dickson
      *Magistrate Judge* dels Estats Units

Ministeri d'Afers Exteriors

1 5 GEN. 2015

6/ 15

*Nota del traductor:*

S'ha optat per deixar sense traduir el càrrec judicial de *Magistrate Judge* dels Estats Units, ja que és una figura típica i peculiar del dret jurisdiccional nord-americà que no es correspon exactament amb cap de les categories de jutge dels països de dret civil continental, com ara Andorra o Espanya. El *Magistrate Judge* és un auxiliar dels jutges ordinaris *(District Judge)* que fa normalment tasques administratives o jurisdiccionals de poca entitat (audiències preliminars o fixació de fiances, entre d'altres), i és anomenat per vuit anys mitjançant una votació d'una junta de jutges federals (a diferència del *District Judge*, que és un càrrec vitalici investit pel President dels Estats Units i ratificat pel Senat). En conseqüència fóra incorrecte, i podria portar a confusió, equiparar-lo amb el Batlle andorrà, o el Jutge de Primera Instància i Instrucció i el Jutge de Pau espanyol. Per això no s'ha de traduir per aquestes denominacions, o altres com Magistrat, ja que tots ells tenen atribuïdes funcions jurisdiccionals superiors a les del *Magistrate Judge*, i que per contra es corresponen millor amb les del *District Judge* dels Estats Units.

F rocediment 2:14-cv-01661-ES-JAD Document 2 Executat 03/1/14 Pàgina 1 de 14 ID pàgina: 43

| | | |
|---|---|---|
| *AO 120 (Rev. 08/10)* | | |
| A: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark**<br>**Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **INFORME SOBRE**<br>**LA**<br>**PRESENTACIÓ O DETERMINACIÓ**<br>**D'UNA**<br>**ACCIÓ RELACIONADA AMB UNA** |

De conformitat amb 35 U.S.C. § 290 y/o U.S.C. § 1116 us comuniquen per mitjà del present document què s'ha executat una acció judicial al **Tribunal de Districte dels EUA per al Districte de Nova Jersei** sobre el següent:

Marques registrades o     X Patents. (     la acció judicial de la patent implica 35

| EXPEDIENT NÚM.<br>2:14-cv-01661-ES-JAD | DATA D'EXECUCIÓ<br>14 de març de 2014 | TRIBUNAL DE<br>DISTRICTE DELS EUA, |
|---|---|---|
| DEMANDANT<br>WAG ACQUISITION, L.L.C. | | DEMANDAT<br>SOBONITO INVESTMENTS, LTD. |

| NÚM. DE<br>PATENT O | DATA DE LA<br>PATENT O | TITULAR DE LA PATENT O MARCA REGISTRADA |
|---|---|---|
| 1 US 8,122,141 B2 | *21 de febrer 2012 | WAG Acquisition, LLC |
| 2 US 8,327,011 B2 | 4 desembre 2012 | WAG Acquistion, LLC |
| 3 | | |
| 4 | | |
| 5 | | |

En el procediment especificat anteriorment, s'han inclòs les següents patents/marques registrades:

| DATA D'INCLUSIÓ | INCLÒS PER | | |
|---|---|---|---|
| | Modificació _ Resposta _ Projecte de llei _ Altra<br>actuació judicial | | |

| NÚM. DE<br>PATENT O | DATA DE LA<br>PATENT O | TITULAR DE LA PATENT O MARCA REGISTRADA |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

En el procediment especificat anteriorment, s'ha dictat la següent resolució o sentència:

RESOLUCIÓ/SENTÈNCIA

| SECRETARI | (PER) SECRETARI | DATA |
|---|---|---|
| William T. Walsh | ADJUNT<br>s/ LEROY DUNBAR | 14 de març de 2014 |

Còpia 1—Després de l'inici de l'acció judicial, enviar aquesta còpia per correu electrònic al Director Còpia 3—Després de la fi de l'acció judicial, enviar aquesta còpia per correu electrònic al Director

Còpia 2—Després d'executar el document que afegeix la(es) patent(s), enviar aquesta còpia per correu electrònic al Director Còpia 4—Còpia de l'execució del procediment