Ronald Abramson
David G. Liston
**LEWIS BAACH pllc**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 826-7001
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> SOBONITO INVESTMENTS, LTD., COOLVISION LTD., I.M.L. SLU, and DOES 1-20, <br><br> Defendants. | Case No.:  2:14-cv-1661-ES-JAD <br><br> REQUEST TO CLERK TO ENTER DEFAULT PURSUANT TO FED. R. CIV. P. 55(a) |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, please enter the default of Defendant I.M.L. SLU for failure to plead or otherwise defend the Complaint filed on March 14, 2014 and served on Defendant I.M.L. SLU on April 21, 2015, as appears in the attached declaration of Ronald Abramson, Esquire.

Dated:  August 18, 2015

Respectfully submitted,

RONALD ABRAMSON
DAVID G. LISTON
**LEWIS BAACH pllc**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

By: s/ Ronald Abramson
     Ronald Abramson
Tel: (212) 826-0163

*Attorneys for Plaintiff*