# Lewis | Baach pllc
# Kaufmann Middlemiss
THE NEW YORK OFFICE OF LEWIS BAACH PLLC

Ronald Abramson
212 822 0163
ronald.abramson@lewisbaach.com

**VIA ECF**

August 24, 2015

Clerk of the Court
United States District Court, District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re:** *WAG Acquisition, LLC v. Sobonito Investments, Ltd., et al.*
**Civil Action No. 2:14-cv-01661-ES-JAD**

Dear Clerk:

We represent the Plaintiff in the above-referenced matter.

Plaintiff hereby withdraws its Request to Clerk to Enter Default of Defendant I.M.L., SLU, which was filed on August 18, 2015 (Docket No. 63).

Sincerely,

Ronald Abramson

cc:

Via ECF
David Long, Esq.
Michael Andrew Innes, Esq.

Via First-Class Mail
I.M.L., SLU
Edifici Burges
Avinguda Sant Antoni 27
La Massina, AD 400
Principat d'Andorra