UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>  Plaintiff,<br><br>v.<br><br>SOBONITO INVESTMENTS, LTD.,<br>COOLVISION LTD., I.M.L. SLU,<br>and DOES 1-20 INVESTMENTS,<br><br>  Defendant. | Civil Action No.: 2:14-CV-01661-ES-JAD |

## SCHEDULING ORDER FOR JURISDICTIONAL DISCOVERY

The Court having held a status conference on October 6, 2015 with Plaintiff and Defendant, Coolvision Ltd. ("Coolvision") regarding the jurisdictional discovery that the Hon. Esther Salas, U.S.D.J. Ordered in the September 10, 2015 Opinion & Order (Docket No. 66), it is hereby ORDERED as follows:

1.  Plaintiff shall serve any interrogatories or document requests seeking limited jurisdictional discovery on Coolvision on or before October 20, 2015 (the "Discovery Requests").

2.  Coolvision shall serve any response to the Discovery Requests within 30 days of being served the Discovery Requests.

3.  Coolvision shall produce any documents or information responsive to the Discovery Requests, subject to Coolvision's objections or agreement of the parties, within 45 days of being served the Discovery Requests.

4.  Plaintiff and Coolvision shall submit to the Court, prior to the Coolvision's time to produce any documents or information, any desired confidentiality or protective order.

5.  The Court shall hold a telephone status conference regarding this jurisdictional discovery on December 2, 2015 at 11:00 AM. Counsel for Plaintiff shall initiate the call: (973) 645-2580.

**IT IS SO ORDERED**

Dated: October 8th, 2015

HON. JOSEPH A. DICKSON
United States Magistrate Judge

2