**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

NEW YORK, NY
LOS ANGELES, CA
WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

**ONE JEFFERSON ROAD**

**PARSIPPANY, NEW JERSEY  07054**

(973) 503-5900

FACSIMILE
(973) 503-5943
www.kelleydrye.com

DIRECT LINE: (973) 503-5943
EMAIL: minnes@kelleydrye.com

March 4, 2016

**VIA CM/ECF**

Hon. Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: *WAG Acquisition, L.L.C. v. Sobonito Investments, Ltd., et al.,*
       Civil Action No. 2:14-cv-01661 (ES)(MAH)

Your Honor:

  We represent defendants Coolvision, Ltd. and I.M.L. SLU (individually, "Coolvision," and "I.M.L.," collectively, "Defendants") in the above referenced action. On February 24 the parties submitted a joint letter to the Court (DE 95). Attached to the letter are "slip sheets" for Defendants' Exhibits One and Two noting that the "Exhibit contains material designated by Defendants as 'Attorneys' Eyes Only' and will be supplied separately by Defendants."

  Upon further consideration, the parties agree to file Exhibit One publicly. A copy is attached hereto. Defendant I.M.L. will submit a Motion to Seal Exhibit 2.

        Respectfully submitted,

        */s/ Michael Innes*

        Michael A. Inness

MAI/cm

  cc: ALL COUNSEL OF RECORD (via CM/ECF)