<u>EXHIBIT 10A</u>

# Whois-RWS

### Network

| | |
|---|---|
| NetRange | 66.6.16.0 - 66.6.31.255 |
| CIDR | 66.6.16.0/20 |
| Name | SOBONITO-NETWORK |
| Handle | NET-66-6-16-0-1 |
| Parent | NET66 (NET-66-0-0-0-0) |
| Net Type | Direct Assignment |
| Origin AS | |
| Organization | Sobonito Investments ltd. (SIL-34) |
| Registration Date | 2004-01-23 |
| Last Updated | 2012-03-02 |
| Comments | |
| RESTful Link | http://whois.arin.net/rest/net/NET-66-6-16-0-1 |
| See Also | Related organization's POC records. |
| See Also | Related delegations. |

### Point of Contact

| | |
|---|---|
| Name | Network Operation Center |
| Handle | NOC1485-ARIN |
| Company | Sobonito Investments ltd. |
| Street | 41 East 11th st.<br>11 floor |
| City | New York |
| State/Province | NY |
| Postal Code | 10003 |
| Country | US |
| Registration Date | 2004-01-15 |
| Last Updated | 2013-12-02 |
| Comments | |
| Phone | +1-646-226-9928 (Mobile)<br>+1-646-226-9928 (Office) |
| Email | admin@coolvision.biz<br>noc@sobonito.com |
| RESTful Link | http://whois.arin.net/rest/poc/NOC1485-ARIN |

**EXHIBIT 10B**

| Point of Contact | |
|---|---|
| Name | Network Operation Center |
| Handle | NOC1485-ARIN |
| Company | Sobonito Investments ltd. |
| Street | 41 East 11th st.<br>11 floor |
| City | New York |
| State/Province | NY |
| Postal Code | 10003 |
| Country | US |
| Registration Date | 2004-01-15 |
| Last Updated | 2016-02-21 |
| Comments | |
| Phone | +1-646-226-9928 (Mobile)<br>+1-646-226-9928 (Office) |
| Email | noc@sobonito.com |
| RESTful Link | https://whois.arin.net/rest/poc/NOC1485-ARIN |