# RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE 03/03/2016 |
|---|---|
| NAME OF SERVER *(PRINT)* ΠΑΝΑΓΙΩΤΟΥ ΜΑΡΙΟΣ | TITLE EXECUTIVE |

*Check one box below to indicate appropriate method of service*

☑ The service was done on MARCH 3, 2016. We served 6 documents, consisting of a summons, a complaint, a corporate disclosure statement, and Greek translations of the above documents, on "Sobonito Investments Limited" by delivering them 10:12, Esperidon Street, Floor 4, 1087, Nicosia, Cyprus, which is the official address of the liquidator of "Sobonito Investments Limited", Costas Christoforou

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: LIQUIDATOR COSTAS CHRISTOFOROU — BY SERVING THE LIQUIDATOR AT HIS OFFICE.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03/03/2016
             Date            Signature of Server

9A, ΚΑΛΛΗ ΠΑΝΑΓΗ, ΑΚΡΟΠΟΛΗ, ΛΕΥΚΩΣΙΑ
*Address of Server*

Υπογράφηκε (η σφραγίστηκε) σήμερα επί παρουσία μου
από τον/την ..ΠΑΝΑΓΙΩΤΟΥ.. Κ.Α.Π.Δ

Ως Πιστοποιών Υπάλληλος πιστοποιώ μόνο την υπογραφή
του συναλλασσόμενου και ουδέμια ευθύνη φέρω για
το περιεχόμενο του εγγράφου. Για επικυρωμένη αυτού
θέτω την υπογραφή μου και την σφραγίδα σήμερα
Τετάρτη την 3ην ημέρα του Μαρτίου 2016
ΚΩΣΤΑΣ ΦΥΛΑΚΤΟΥ
Πιστοποιών Υπάλληλος
Λευκωσία - Κύπρος
Τηλ.: 99615038

Υπ. ...............

ΚΩΣΤΑΣ ΦΥΛΑΚΤΟΥ
Πιστοποιών Υπάλληλος