

**Lewis Baach Kaufmann Middlemiss PLLC**

Ari J. Jaffess
212 822 0165
ari.jaffess@lbkmlaw.com

**VIA ECF**                                                           March 6, 2018

The Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: ***WAG Acquisition, L.L.C. v. Sobonito Investments Ltd., et al.***
     **Civil Action No. 2:14-cv-1661 (ES)(MAH)**

Dear Judge Hammer:

  On behalf of Plaintiff WAG Acquisition, L.L.C. and Defendants Coolvision Ltd. and I.M.L. SLU in the above-referenced matter, we write jointly to inform the Court that the parties have completed jurisdictional discovery.

  The parties propose the following briefing schedule for Defendants' motion to dismiss:

| | |
|---|---|
| **April 16, 2018** | Defendants to file motion to dismiss |
| **May 7, 2018** | Plaintiff's response |
| **May 21, 2018** | Defendants' Reply, if any. |

  The parties ask that this Court approve the proposed briefing schedule.

Respectfully submitted,

*/s/ Ari J. Jaffess*
Ari J. Jaffess

SO ORDERED
*/s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.
Date: 3/9/2018

The Chrysler Building  |  405 Lexington Avenue, 62nd Floor  |  New York, NY 10174  |  t 212 826 7001  |  f 212 826 7146
NEW YORK   WASHINGTON   LONDON   BUENOS AIRES
lbkmlaw.com